## McREYNOLDS v. MANGER et al.

(Supreme Court, Appellate Term. November 18, 1903.)

1. REFERENCE—STENOGRAPHER'S SERVICES.
   Where a stenographer is employed in proceedings before a referee, and it appeared that the referee was not causing the services to be rendered at his personal expense, the parties were liable for the stenographer's services.

Appeal from Municipal Court, Borough of Manhattan, Twelfth District.

Action by William E. McReynolds against William Manger and others. From a judgment for plaintiff, defendants appeal. Affirmed.

Argued before FREEDMAN, P. J., and BISCHOFF and BLANCHARD, JJ.

Edmund T. Oldhan, for appellants.
McReynolds & Hunter, for respondent.

BISCHOFF, J. Upon the agreed state of facts the defendants' liability for the services rendered by the plaintiff as an unofficial stenographer was properly determined. Without a stipulation, the fees of the stenographer could not become a part of the referee's charges, which were limited to the statutory per diem compensation; and the parties, when accepting the stenographer's services, must be deemed to have known that the referee was not the employer, unless it were assumed that he was causing the services to be rendered at his personal expense. The situation disclosed negatived such an understanding, and the parties present and interested in the litigation understanding of the parties (Coale v. Suckert, 18 Misc. Rep. 76, 41 N. Y. Supp. 583; Bormay v. Van Ness, 26 Misc. Rep. 599, 56 N. Y. Supp. 640.

Judgment affirmed, with costs. All concur.